## UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| v. ) | CRIMINAL NO. 2:06-CR-62-DBH-02 |
| ) | |
| MICHAEL LOVELY, ) | |
| ) | |
| DEFENDANT ) | |

## ORDER ON DEFENDANT'S MOTION FOR APPOINTMENT OF COUNSEL IN CONNECTION WITH SENTENCE REDUCTION

The defendant Michael Lovely has submitted a third letter motion, dated June 15, 2015, requesting appointment of counsel to see if he is eligible for a sentence reduction. I **DENY** this motion for the reasons stated in my Orders of June 2, 2015, and May 5, 2015, denying his previous letter motions for appointment of counsel on the same subject.

Since Michael Lovely continues to file these motions despite the court's previous denials, I now place him on **NOTICE** that filing restrictions "may be in the offing." Cok v. Family Court of Rhode Island, 985 F.2d 32, 35 (1st Cir. 1993). This represents the "cautionary order" of which Cok speaks. Id. Groundless and inappropriate filings will not be tolerated.

SO ORDERED.

DATED THIS 23RD DAY OF JUNE, 2015

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**