# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CRIMINAL NO. 2:06-CR-62-DBH-02 |
| | ) |
| MICHAEL LOVELY, | ) |
| DEFENDANT | ) |

## ORDER AFFIRMING RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On August 8, 2017, the United States Magistrate Judge filed with the court, with copies to counsel, his Recommended Decision on 28 U.S.C. § 2255 Motion. The time within which to file objections expired on August 22, 2017, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The 28 U.S.C. § 2255 Motion is **DISMISSED**.

A certificate of appealability pursuant to Rule 11 of the Rules Governing Section 2255 Cases is **DENIED** because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

**SO ORDERED.**

**DATED THIS 30TH DAY OF AUGUST, 2017**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**